IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| KIRK BROWN )<br>)<br>v. )<br>)<br>NATIONAL LIFE INSURANCE COMPANY ) | Civil Case No. 2:10-cv-201 |

## **EVALUATOR'S REPORT**

A.  An Early Neutral Evaluation session was held in this matter on November 1, 2011 commencing at 11:00 A.M., and concluding at 5:00 P.M. Karen McAndrew served as the Evaluator.

B.  Plaintiff Kirk Brown and his attorney Nicholas Alexander were present. Attorney Robert Hemley was present on behalf of Defendant along with Ann Rangaviz, from National Life Insurance Company Claims Department with settlement authority.

C.  No substitute arrangements were necessary.

D.  Plaintiff's written evaluation email was received on October 31, 2011; Defendant National Life's evaluation statement was received on October 28, 2011.

E.  All parties made oral presentations regarding their positions.

F.  This matter did not settle.

Dated at Burlington, Vermont this 2nd day of November, 2011.

/s/ Karen McAndrew
Karen McAndrew, Esq.
Dinse, Knapp & McAndrew, P.C.
209 Battery Street, P. O. Box 988
Burlington, VT 05402-0988

Dinse,
Knapp & McAndrew, P.C.
209 Battery Street
P.O. Box 988
Burlington, VT 05402-0988
(802) 864-5751

{B0778469.1 13660-0001}

# CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2011, I electronically filed with the Clerk of Court the Evaluator's Statement, using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

Robert S. Burke, Esq., BBurke@NationalLife.com
Robert B. Hemley, Esq., rhemley@gravelshea.com
Ralph Suozzo, Esq., rsuozzo@morrisonmahoney.com

And I also caused to be served, by U.S. Postal Service, the following non-NEF parties:

Eric E. Renner, Esq.
    and
Nicholas P. Alexander, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

/s/ Karen McAndrew
Karen McAndrew, Esq.
Dinse, Knapp & McAndrew, P.C.
209 Battery Street, P. O. Box 988
Burlington, VT 05402-0988

Dinse,
Knapp & McAndrew, P.C.
209 Battery Street
P.O. Box 988
Burlington, VT 05402-0988
(802) 864-5751

{B0778469.1 13660-0001}

2