UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| KIRK BROWN,<br>Plaintiff<br><br>v.<br><br>NATIONAL LIFE INSURANCE<br>COMPANY,<br>Defendant | )<br>)<br>) Docket No. 2:10-cv-201<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the parties hereto, that the following entry may be made as to all claims:

DISMISSED WITH PREJUDICE

Dated:     Boston, Massachusetts
~~December~~ 30, 2012
Jan

Nicholas P. Alexander, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500
nalexander@morrisonmahoney.com
For Plaintiff

Dated:  Burlington, Vermont
        January 30, 2012

                                            /s/ *Robert B. Hemley*
Robert B. Hemley, Esq.
Gravel and Shea PC
76 St. Paul Street, 7th Floor, P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
rhemley@gravelshea.com

and

Robert S. Burke
National Life Insurance Company
One National Life Drive
Montpelier, Vermont  05604
(802) 229-3252
bburke@nationallife.com

For Defendant